Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10003−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter J. Collins
   44 Bridge Drive
   Turnersville, NJ 08012

Social Security No.:
   xxx−xx−5364

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                3/9/22
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: January 3, 2022
JAN: kaj

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Peter J. Collins  
    Debtor

Case No. 22-10003-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Jan 03, 2022      Form ID: 132      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter J. Collins, 44 Bridge Drive, Turnersville, NJ 08012-2334 |
| 519476651 | + | ARS Account Resolution, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 519476650 | | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519476652 | + | Bellmawr Borough Municipal Court, 21 E. Browning Road, Bellmawr, NJ 08031-2327 |
| 519476653 | + | Camden City Municipal Court, 520 Market Street, Camden, NJ 08102-1300 |
| 519476656 | + | Central Hudson Gas & Electric Corp, 284 South Avenue, Poughkeepsie, NY 12601-4838 |
| 519476661 | + | Deptford Joint Municipal Court, 1011 Cooper Street, Deptford, NJ 08096-3076 |
| 519476662 | + | Emerg Phy Svc of NY PC, PO Box 636008, Cincinnati, OH 45263-6008 |
| 519476664 | + | Gloucester City Municipal Court, 313 Monmouth Street, Gloucester City, NJ 08030-1797 |
| 519476667 | + | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519476669 | + | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 519476670 | + | New Jersey Department of Labor, PO Box 058, Trenton, NJ 08625-0058 |
| 519476671 | + | New York State, Child Support Processing Center, PO Box 15363, Albany, NY 12212-5363 |
| 519476672 | + | Northern Dutchess Paramedics, 3 Hook Road, Rhinebeck, NY 12572-1145 |
| 519476675 | + | Rachel Leitem, 73 Jamison Hill Road, Clinton Corners, NY 12514-2126 |
| 519476676 | + | Southwest Credit Systems, LP, 4210 International Pkwy, Suite 1100, Carrollton, TX 75007-1912 |
| 519476678 | + | United Resource Systems Inc., 3501 South Teller Street, Lakewood, CO 80235-2011 |
| 519476680 | + | Washington Township Municipal Court, 1 McClure Drive, Sewell, NJ 08080-1879 |
| 519476681 | + | Washington Township Municipal Utilities, Authority, 152 Whitman Drive, Turnersville, NJ 08012-1048 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 03 2022 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 03 2022 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519476660 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 03 2022 21:55:00 | Credit Corp Solutions Inc, 121 W. Election Road, Suite 200, Draper, UT 84020 |
| 519476654 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 03 2022 22:05:12 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519476655 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 03 2022 21:55:00 | Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 519476657 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2022 22:05:13 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519476658 | + | Email/Text: documentfiling@lciinc.com | Jan 03 2022 21:55:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 519476659 | + | Email/Text: compliance@contractcallers.com | Jan 03 2022 21:55:00 | Contract Callers, Inc., 501 Greene Street, 3rd Floor, Suite 302, Augusta, GA 30901-4415 |
| 519476663 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 22-10003-ABA    Doc 8    Filed 01/05/22    Entered 01/06/22 00:13:41    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 03, 2022 | Form ID: 132 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | Jan 03 2022 22:05:16 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519476665 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 03 2022 22:05:24 | Honda Powersports/CBNA, 50 NW Point Boulevard, Elk Grove Village, IL 60007-1032 |
| 519476666 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 03 2022 21:55:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 519476668 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 03 2022 21:55:00 | Midland Credit Management, Inc., as agent for Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519476673 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2022 22:05:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519476674 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 03 2022 21:55:00 | Quicken Loans, c/o Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519476677 | | Email/PDF: gecsedi@recoverycorp.com | Jan 03 2022 22:05:20 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519476960 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 03 2022 22:05:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519476679 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 03 2022 21:55:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2022         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Debtor Peter J. Collins roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3