Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10003−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter J. Collins
   44 Bridge Drive
   Turnersville, NJ 08012

Social Security No.:
   xxx−xx−5364

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/28/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: April 28, 2022
JAN: har

                                                                                 Jeanne Naughton
                                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 22-10003-ABA
Peter J. Collins                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                    Page 1 of 3
Date Rcvd: Apr 28, 2022              Form ID: 148                Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter J. Collins, 44 Bridge Drive, Turnersville, NJ 08012-2334 |
| 519476651 | + | ARS Account Resolution, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 519476652 | + | Bellmawr Borough Municipal Court, 21 E. Browning Road, Bellmawr, NJ 08031-2327 |
| 519476653 | + | Camden City Municipal Court, 520 Market Street, Camden, NJ 08102-1300 |
| 519476656 | + | Central Hudson Gas & Electric Corp, 284 South Avenue, Poughkeepsie, NY 12601-4838 |
| 519476661 | + | Deptford Joint Municipal Court, 1011 Cooper Street, Deptford, NJ 08096-3076 |
| 519489105 | | EMERG PHYS ASSOC OF S.JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519476662 | + | Emerg Phy Svc of NY PC, PO Box 636008, Cincinnati, OH 45263-6008 |
| 519476664 | + | Gloucester City Municipal Court, 313 Monmouth Street, Gloucester City, NJ 08030-1797 |
| 519476667 | + | KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519509562 | + | NJSVS Bankruptcy Unit, PO Box 136, Trenton NJ 08601-0136 |
| 519476669 | + | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 519476670 | + | New Jersey Department of Labor, PO Box 058, Trenton, NJ 08625-0058 |
| 519476671 | + | New York State, Child Support Processing Center, PO Box 15363, Albany, NY 12212-5363 |
| 519476672 | + | Northern Dutchess Paramedics, 3 Hook Road, Rhinebeck, NY 12572-1145 |
| 519476675 | + | Rachel Leitem, 73 Jamison Hill Road, Clinton Corners, NY 12514-2126 |
| 519510379 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 519476676 | + | Southwest Credit Systems, LP, 4210 International Pkwy, Suite 1100, Carrollton, TX 75007-1912 |
| 519476678 | + | United Resource Systems Inc., 3501 South Teller Street, Lakewood, CO 80235-2011 |
| 519476680 | + | Washington Township Municipal Court, 1 McClure Drive, Sewell, NJ 08080-1879 |
| 519476681 | + | Washington Township Municipal Utilities, Authority, 152 Whitman Drive, Turnersville, NJ 08012-1048 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519527545 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 20:40:00 | Alliant Capital Management - HDH, c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519476650 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 20:43:06 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519497119 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 20:43:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519476660 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Apr 28 2022 20:40:00 | Credit Corp Solutions Inc, 121 W. Election Road, Suite 200, Draper, UT 84020 |

Case 22-10003-ABA   Doc 17   Filed 04/30/22   Entered 05/01/22 00:16:24   Desc Imaged
                             Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: 148 | Total Noticed: 49 |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 519476654 | EDI: CAPITALONE.COM | Apr 29 2022 00:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519476655 | EDI: TSYS2 | Apr 29 2022 00:38:00 | Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 519476657 | EDI: CITICORP.COM | Apr 29 2022 00:38:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519489386 | EDI: CITICORP.COM | Apr 29 2022 00:38:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519476658 | + EDI: LCIFULLSRV | Apr 29 2022 00:38:00 | Comcast, PO Box 1931, Burlingame, CA 94011-1931 |
| 519476659 | + Email/Text: compliance@contractcallers.com | Apr 28 2022 20:41:00 | Contract Callers, Inc., 501 Greene Street, 3rd Floor, Suite 302, Augusta, GA 30901-4415 |
| 519476663 | EDI: AMINFOFP.COM | Apr 29 2022 00:38:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519476665 | + EDI: CITICORP.COM | Apr 29 2022 00:38:00 | Honda Powersports/CBNA, 50 NW Point Boulevard, Elk Grove Village, IL 60007-1032 |
| 519476666 | EDI: JEFFERSONCAP.COM | Apr 29 2022 00:38:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 519476668 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 20:40:00 | Midland Credit Management, Inc., as agent for Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519476669 | ^ MEBN | Apr 29 2022 10:06:05 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Complex, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 519476673 | EDI: PRA.COM | Apr 29 2022 00:38:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519527350 | EDI: PRA.COM | Apr 29 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519514140 | EDI: PRA.COM | Apr 29 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519514563 | EDI: PRA.COM | Apr 29 2022 00:38:00 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 519519013 | + EDI: JEFFERSONCAP.COM | Apr 29 2022 00:38:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519501578 | EDI: Q3G.COM | Apr 29 2022 00:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519476674 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 28 2022 20:41:00 | Quicken Loans, c/o Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519485701 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 28 2022 20:41:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519476677 | EDI: RMSC.COM | Apr 29 2022 00:38:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519476960 | + EDI: RMSC.COM | Apr 29 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519532558 | Email/Text: EDBKNotices@ecmc.org | Apr 28 2022 20:40:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 519476679 | + EDI: VERIZONCOMB.COM | Apr 29 2022 00:38:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 28, 2022 | Form ID: 148 | Total Noticed: 49 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519517072 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2022         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of U.S. Trustee U.S. Trustee ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. rsolarz@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor Peter J. Collins roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6